| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC # _____<br>DATE FILED: Jan. 23, 2020 |

-------------------------------------------------x

In re Application of

Azattyk Media Institution

Miscellaneous Case No. 1:20-mc-19

To Issue a Subpoena for the Production of
Documents for Use in a Foreign Proceeding

-------------------------------------------------x

# ORDER GRANTING *EX PARTE* APPLICATION OF AZATTYK MEDIA INSTITUTION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

**WHEREAS** an application (the "Application"), having been duly submitted to this Court on January 9, 2020, by Davis Wright Tremaine, counsel for Azattyk Media Institution ("AMI"), for entry of an order under 28 U.S.C. § 1782 permitting counsel for AMI to serve Deutsche Bank Trust Company Americas with a subpoena duces tecum in the form attached as Exhibit 7 to the Declaration of Eric J. Feder, dated January 9, 2020 (hereinafter "Feder Declaration"), seeking documents from Deutsche Bank Trust Company Americas in accordance with the Federal Rules of Civil Procedure; and

**WHEREAS** the Court has reviewed the Application; accompanying memorandum of law; Declaration of Benjamin Herman, dated January 8, 2020; Declaration of Akhmat Alagushev, dated January 8, 2020; and Feder Declaration and accompanying exhibits submitted in support of the Application; and

**WHEREAS** this Court finds that the Application meets the statutory requirements of 28 U.S.C. § 1782, and that it is appropriate in this Court's discretion to grant the Application.

**IT IS HEREBY ORDERED THAT** counsel for AMI may serve Deutsche Bank Trust Company Americas with a subpoena duces tecum in the form attached as Exhibit 7 to the Feder Declaration.

\_\_Hon. Edgardo Ramos\_\_\_\_, U.S. District Judge

January 23, 2020