UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re Application of

Azattyk Media Institution

To Issue a Subpoena for the Production of
Documents for Use in a Foreign Proceeding

-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Jan. 23, 2020

Miscellaneous Case No. 1:20-mc-19 (ER)

## ORDER GRANTING *EX PARTE* APPLICATION OF AZATTYK MEDIA INSTITUTION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

**WHEREAS** an application (the "Application"), having been duly submitted to this Court on January 14, 2020, by Davis Wright Tremaine LLP, counsel for Azattyk Media Institution ("AMI"), for entry of an order under 28 U.S.C. § 1782 permitting AMI to serve Bank of New York Mellon with a subpoena duces tecum in the form attached as Exhibit 9 to the Supplemenatal Declaration of Eric J. Feder, dated January 14, 2020 (hereinafter "Supplemental Feder Declaration"), seeking documents from Bank of New York Mellon in accordance with the Federal Rules of Civil Procedure; and

**WHEREAS** the Court has reviewed the Application; the previously-filed memorandum of law (ECF No. 2); Declaration of Benjamin Herman, dated January 8, 2020 (ECF No. 4); Declaration of Akhmat Alagushev, dated January 8, 2020 (ECF No. 5); the Declaration of Eric J. Feder, dated January 9, 2020, and accompanying exhibits (ECF No. 3), and the Supplemental Feder Declaration and accompanying exhibits submitted in support of the Application; and

**WHEREAS** this Court finds that the Application meets the statutory requirements of 28 U.S.C. § 1782, and that it is appropriate in this Court's discretion to grant the Application.

**IT IS HEREBY ORDERED THAT** counsel for AMI may serve Bank of New York Mellon with a subpoena duces tecum in the form attached as Exhibit 9 to the Feder Declaration.

_____

Hon. Edgardo Ramos, U.S. District Judge
January 23, 2020